IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,         )<br>                                                            )<br>            Plaintiff,               )<br>                                                            )<br>      v.                                             )<br>                                                            )<br>MERRITT JOHN WILLIAMS,       )<br>DANNIE THOMAS and                )<br>AUDREY DIANE CLARK,            )<br>                                                            )<br>            Defendants.          ) | 8:96CR159<br><br>REASSIGNMENT ORDER |

IT IS ORDERED that, because this case was previously assigned to the late District Judge William G. Cambridge, this case is reassigned to District Judge Laurie Smith Camp for disposition and remains assigned to Magistrate Judge Thomas D. Thalken for judicial supervision and processing of all pretrial matters.

DATED this 8th day of June, 2005.

BY THE COURT:

s/ Joseph F. Bataillon
JOSEPH F. BATAILLON
UNITED STATES DISTRICT JUDGE